FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED JACKSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>LIVE NATION ENTERTAINMENT INC., a Delaware Corporation; LIVE NATION WORLDWIDE INC, a Delaware Corporation; CENTER STAGE INDUSTRIES LLC, a Washington Limited Liability Company; CONSCIOUS ENTERTAINMENT GROUP LLC, a Washington Limited Liability Company; and CHAD CRAIG, *doing business as* A WAY OF LIFE PRODUCTIONS *doing business as* AWOL PRODUCTIONS,<br><br>                    Defendants. | No.   2:20-cv-00233-SMJ<br><br>**ORDER DISMISSING DEFENDANT LIVE NATION ENTERTAINMENT, INC.** |

Before the Court, without oral argument, is the parties' Stipulation for Dismissal Without Prejudice of Defendant Live Nation Entertainment, Inc., ECF No. 26. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

ORDER DISMISSING DEFENDANT LIVE NATION ENTERTAINMENT, INC. – 1

1. The parties' Stipulation for Dismissal Without Prejudice of Defendant Live Nation Entertainment, Inc., **ECF No. 26**, is **GRANTED**.

2. All claims against Live Nation Entertainment, Inc. are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. The Clerk's Office is directed to **AMEND** the caption as follows:

JARED JACKSON,

      Plaintiff,

    v.

LIVE NATION WORLDWIDE INC, a Delaware Corporation; CENTER STAGE INDUSTRIES LLC, a Washington Limited Liability Company; CONSCIOUS ENTERTAINMENT GROUP LLC, a Washington Limited Liability Company; and CHAD CRAIG, doing business as A WAY OF LIFE PRODUCTIONS doing business as AWOL PRODUCTIONS,

      Defendants.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of March 2021.

        _____
        SALVADOR MENDOZA, JR.
        United States District Judge