FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED JACKSON, | No.    2:20-cv-00233-SMJ |
| Plaintiff, | |
| v. | **ORDER DISMISSING DEFENDANT CENTER STAGE INDUSTRIES, LLC** |
| LIVE NATION WORLDWIDE INC, a Delaware Corporation; CENTER STAGE INDUSTRIES LLC, a Washington Limited Liability Company; CONSCIOUS ENTERTAINMENT GROUP LLC, a Washington Limited Liability Company; and CHAD CRAIG, *doing business as* A WAY OF LIFE PRODUCTIONS *doing business as* AWOL PRODUCTIONS, | |
| Defendants. | |

Before the Court, without oral argument, is the parties' Stipulation of Dismissal as to Defendant Center Stage Industries, LLC, ECF No. 62. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1.    The parties' Stipulation of Dismissal as to Defendant Center Stage Industries, LLC, **ECF No. 62**, is **GRANTED**.

ORDER DISMISSING DEFENDANT CENTER STAGE INDUSTRIES – 1

2.   All claims against Center Stage Industries, LLC. are **DISMISSED WITH PREJUDICE**, with Plaintiff and Center Stage Industries, LLC to bear their own costs and attorney fees.

3.   The Clerk's Office is directed to **AMEND** the caption as follows:

JARED JACKSON,

Plaintiff,

v.

LIVE NATION WORLDWIDE INC, a Delaware Corporation; CONSCIOUS ENTERTAINMENT GROUP LLC, a Washington Limited Liability Company; and CHAD CRAIG, doing business as A WAY OF LIFE PRODUCTIONS doing business as AWOL PRODUCTIONS,

Defendants.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 19th day of January 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING DEFENDANT CENTER STAGE INDUSTRIES – 2