FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED JACKSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LIVE NATION WORLDWIDE INC, a Delaware Corporation; CONSCIOUS ENTERTAINMENT GROUP LLC, a Washington Limited Liability Company; and CHAD CRAIG, *doing business as* A WAY OF LIFE PRODUCTIONS *doing business as* AWOL PRODUCTIONS,<br><br>　　　　　　　Defendants. | No.  2:20-cv-00233-SMJ<br><br>**ORDER DISMISSING DEFENDANT CHAD CRAIG, DBA A WAY OF LIFE PRODUCTIONS, DBA AWOL PRODUCTIONS** |

Before the Court, without oral argument, is the parties' Stipulation of Dismissal as to Defendant Chad Craig, *doing business as* A Way of Life Productions *doing business as* AWOL Productions, ECF No. 105. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(B), **IT IS HEREBY ORDERED**:

**1.**　　The parties' Stipulation of Dismissal as to Defendant Chad Craig, *doing business as*, A Way of Life Productions, *doing business as*, AWOL Productions, **ECF No. 105**, is **GRANTED**.

ORDER DISMISSING DEFENDANT CHAD CRAIG *DOING BUSINESS AS* A WAY OF LIFE PRODUCTIONS *DOING BUSINESS AS* AWOL PRODUCTIONS – 1

2.    All claims against Chad Craig, *doing business as* A Way of Life Productions, *doing business as* AWOL Productions, are **DISMISSED WITH PREJUDICE**, with Plaintiff and Chad Craig *doing business as* A Way of Life Productions *doing business as* AWOL Productions to bear their own costs and attorney fees.

3.    The Clerk's Office is directed to **AMEND** the caption as follows:

JARED JACKSON,

    Plaintiff,

v.

LIVE NATION WORLDWIDE INC, a Delaware Corporation and CONSCIOUS ENTERTAINMENT GROUP LLC, a Washington Limited Liability Company,

    Defendants.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 26th day of July 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge