FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED JACKSON,<br><br>      Plaintiff,<br><br>      v.<br><br>LIVE NATION WORLDWIDE, INC., a Delaware Corporation; and CONSCIOUS ENTERTAINMENT GROUP LLC, a Washington Limited Liability Company,<br><br>      Defendants. | No. 2:20-CV-00233-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 138. The parties stipulate and request the Court dismiss this matter with prejudice and without an award of costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

//

//

//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 138, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without an award of costs.

3. Any pending motions are **DISMISSED as moot**.

4. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 16th day of June 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2